**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Retaka Nelson v. Shannon Brochette Nelson

Appellate case number:    01-18-00336-CV

Trial court case number:  2017-42777

Trial court:              308th District Court of Harris County

Appellee, Shannon Brochette Nelson, has filed a "Motion for Extension of Time to Answer Appellant's Motion to Dismiss," filed in this appeal on July 25, 2018.  *Cf.* TEX. R. APP. P. 38.6(d) (providing for modifications of time to file appellate brief). The motion is **granted**. Any response to appellant's motion to dismiss is due to be filed no later than **September 26, 2018.**

Appellee's brief remains due on September 26, 2018. *See id.* 38.6(b).

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date: September 13, 2018